# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:    ROBERT LEE JENKINS JR    §    Case No.: 08-20304
          §
          §
          §
          §
          Debtor(s)    §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/04/2008.

2) This case was confirmed on 12/01/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/01/2008, 06/14/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/14/2010, 07/18/2011.

5) The case was dismissed on 08/22/2011.

6) Number of months from filing to the last payment: 36

7) Number of months case was pending: 40

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    5,540.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

### Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 10,347.95 |
| Less amount refunded to debtor | $ 370.00 |
| **NET RECEIPTS** | $ 9,977.95 |

### Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 663.36 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,163.36 |
| Attorney fees paid and disclosed by debtor | $ .00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 74TH STREET DEPOT FE | UNSECURED | 4,503.00 | 4,292.71 | 4,292.71 | .00 | .00 |
| ASTRO TITLE LENDERS | OTHER | NA | NA | NA | .00 | .00 |
| ASTRO TITLE LENDERS | OTHER | NA | NA | NA | .00 | .00 |
| UNIVERSITY OF PHOENI | OTHER | NA | NA | NA | .00 | .00 |
| GLOBAL TELEDATA | OTHER | NA | NA | NA | .00 | .00 |
| JACKSON PARK HOSPITA | OTHER | NA | NA | NA | .00 | .00 |
| ATTORNEY GENERAL UNE | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| CHICAGO STATE UNIVER | UNSECURED | 655.00 | NA | NA | .00 | .00 |
| NELNET | UNSECURED | 2,737.00 | 5,549.14 | 5,549.14 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 1,244.00 | 4,008.36 | 4,008.36 | .00 | .00 |
| FIRST CASH ADVANCE | OTHER | NA | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | NA | NA | NA | .00 | .00 |
| FIRST PREMIERE BANK | OTHER | NA | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| JACKSON PARK HOSPITA | OTHER | NA | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 365.00 | 355.94 | 355.94 | .00 | .00 |
| NELNET | UNSECURED | 10,735.00 | 5,224.06 | 5,224.06 | .00 | .00 |
| ONYX ACCEPTANCE CORP | OTHER | NA | NA | NA | .00 | .00 |
| PAYDAY LOAN EXPRESS | OTHER | NA | NA | NA | .00 | .00 |
| PAYDAY LOAN EXPRESS | UNSECURED | 895.00 | NA | NA | .00 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | 5,820.00 | 6,581.49 | 6,581.49 | .00 | .00 |
| SANTA BARBARA BANK & | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| STATE OF ILLINOIS UN | OTHER | NA | NA | NA | .00 | .00 |
| TURNER ACCEPTANCE | OTHER | NA | NA | NA | .00 | .00 |
| VERIZON WIRELESS | OTHER | NA | NA | NA | .00 | .00 |
| COMCAST CABLE | OTHER | NA | NA | NA | .00 | .00 |
| AMERICAS CREDIT JEWE | SECURED | 600.00 | .00 | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,330.46 | 1,782.53 | 1,782.53 | .00 | .00 |
| ARONSON FURNITURE | SECURED | 100.00 | .00 | 100.00 | 100.00 | .00 |
| ARONSON FURNITURE | UNSECURED | 1,201.00 | NA | NA | .00 | .00 |
| ONYX ACCEPTANCE CORP | SECURED | 5,000.00 | 6,304.14 | 6,304.14 | 1,749.14 | 1,027.51 |
| ONYX ACCEPTANCE CORP | UNSECURED | 1,304.14 | 3,249.27 | 3,249.27 | .00 | .00 |
| TURNER ACCEPTANCE | SECURED | 5,000.00 | 3,207.17 | 3,207.17 | 2,291.70 | 339.91 |
| TURNER ACCEPTANCE | UNSECURED | 808.92 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 3,227.41 | 2,393.39 | 2,393.39 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,028.00 | 1,206.63 | 1,206.63 | .00 | .00 |
| JUANITA KENDRICK | OTHER | NA | NA | NA | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 3,924.00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | NA | 4,530.00 | 4,530.00 | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | NA | .00 | .00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 527.62 | 527.62 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | NA | 302.04 | 302.04 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 600.00 | 600.00 | .00 | .00 |
| SANTA BARBARA BANK & | UNSECURED | NA | 712.00 | 712.00 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NA | 1,086.98 | 1,086.98 | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | NA | .00 | 306.33 | 306.33 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 9,511.31 | 4,040.84 | 1,367.42 |
| All Other Secured | 100.00 | 100.00 | .00 |
| **TOTAL SECURED:** | 9,611.31 | 4,140.84 | 1,367.42 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 2,393.39 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,512.96 | 306.33 | .00 |
| **TOTAL PRIORITY:** | 3,906.35 | 306.33 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 38,802.14 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,163.36 |
| Disbursements to Creditors | $ | 5,814.59 |
| **TOTAL DISBURSEMENTS:** | $ | 9,977.95 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    11/21/2011                              /s/ Tom  Vaughn
                                                  Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**